AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 26, 2022**

SEAN F. McAVOY, CLERK

LISA W.,

)
)

*Plaintiff*

)
)

v.

)

Civil Action No.   2:20-CV-00321-JAG

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

)
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment, ECF No. 19, is GRANTED IN PART.
Defendant's Motion for Summary Judgment, ECF No. 23, is DENIED.
The matter is REMANDED to the Commissioner for additional proceedings.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   JAMES A. GOEKE _____ on a motion for
summary judgment.

Date:   9/26/2022 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Tonia Ramirez _____

*(By) Deputy Clerk*

Tonia Ramirez